# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

144869

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DEBRY ANN DAVIS,
       Defendant-Appellant.

SC: 144869
COA: 302225
Saginaw CC: 09-032432-FH

_____/

      On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

t0618